| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Luiz Herivelto Fernandes<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–2378<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   25–44630–elm7 | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luiz Herivelto Fernandes

3/10/26  **By the court:** Edward L. Morris
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-44630-elm |
| Luiz Herivelto Fernandes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 11, 2026 | Form ID: 318 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luiz Herivelto Fernandes, 507 N Greenstone Ln, Duncanville, TX 75116-3011 |
| 23071434 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23071437 | | Citibank, Po Box, 790040, MO 63179 |
| 23071439 | + | Cross River Bank, PO Box Box 828, Skokie, IL 60076-0828 |
| 23071445 | + | FTL Capital, 820 S Main St Suite 300, St Charles, MO 63301-3306 |
| 23071446 | + | Giovanni Fernandes, 507 N Greenstone Ln,, Duncanville, TX 75116-3011 |
| 23071450 | + | John R. Ames Dallas County Tax Assessor, 1201 Elm Street, Suite 2600, Dallas, TX 75270-2125 |
| 23071451 | + | Kathleen Fernandes, 507 N Greenstone Ln, Duncanville, TX 75116-3011 |
| 23071459 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23071461 | + | Sofi Lending Corp., PO Box 11733, Newark, NJ 07101-4733 |
| 23071465 | | Synchrony Bank - Amazon, PO Box 965060, Orlando, TX 75116 |
| 23071472 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23071474 | + | Unity 1 Federal Credit Union, 6701 Burlington Blvd, Fort Worth, TX 76131-2834 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Mar 12 2026 02:06:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | + | EDI: BANKAMER | Mar 12 2026 02:06:00 | BANK OF AMERICA, N.A., TX8-044-03-17, 16001 North Dallas Parkway, Addison, TX 75001-3311 |
| cr | + | Email/Text: bk@szjlaw.com | Mar 11 2026 22:12:00 | Santander Consumer USA Inc. dba Chrysler Capital, C/O Stewart, Zlimen & Jungers Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| cr | + | Email/Text: collections@unityone.org | Mar 11 2026 22:12:00 | Unity One Credit Union, 6701 Burlington Blvd., Fort Worth, TX 76131-2834 |
| 23071429 | ^ | MEBN | Mar 11 2026 22:05:49 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23071430 | | EDI: BANKAMER | Mar 12 2026 02:06:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 23071431 | + | EDI: BANKAMER | Mar 12 2026 02:06:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 23071432 | | EDI: TSYS2 | Mar 12 2026 02:06:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 23071433 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 11 2026 22:22:26 | Best Egg, 3419 Silverside Road, Wilmington, DE 19810-4801 |
| 23071435 | + | EDI: JPMORGANCHASE | Mar 12 2026 02:06:00 | Chase Card Services, Attn: Bankruptcy, PO Box |

| Recipient # | Type | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850-5298 |
| 23071436 | + | EDI: CITICORP | Mar 12 2026 02:06:00 | Citibank, PO Box 790034, St. Louis, MO 63179-0034 |
| 23071438 | + | EDI: CMIGROUP.COM | Mar 12 2026 02:06:00 | Credit Management, 6080 Tennyson Pkwy Suite 100, Plano, TX 75024-6002 |
| 23071440 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 11 2026 22:12:00 | Customers Bank, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 23071442 | + | EDI: DISCOVERPL | Mar 12 2026 02:06:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23071441 | + | EDI: DISCOVERPL | Mar 12 2026 02:06:00 | Discover Personal Loans, PO Box 30954, Salt Lake City,, UT 84130-0954 |
| 23071443 | ^ | MEBN | Mar 11 2026 22:05:24 | Fidelity Investments, 100 Crosby Parkway KC2Q, Covington, KY 41015-4399 |
| 23071444 | + | Email/Text: crdept@na.firstsource.com | Mar 11 2026 22:12:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 23071448 | + | EDI: IRS.COM | Mar 12 2026 02:06:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23071449 | | EDI: JEFFERSONCAP.COM | Mar 12 2026 02:06:00 | Jefferson Capital Systems, LLC, 200 14th Ave, E. Sartell, Sartell, MN 56377-4500 |
| 23071452 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 11 2026 22:12:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23071453 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 11 2026 22:12:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 23071454 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2026 22:12:00 | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |
| 23111805 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 22:12:00 | Midland Credit Management, 320 E Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 23071456 | | Email/Text: Bankruptcy@nafinc.com | Mar 11 2026 22:12:00 | New American Funding, Attn: Bankruptcy Attn: Bankruptcy, 14511 Myford Rd , Ste 100, Tistin, CA 92780 |
| 23071455 | + | Email/Text: bankruptcy@nfm.com | Mar 11 2026 22:12:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 23071458 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2026 22:12:00 | PNC Financial Services, Attn: Bankruptcy 300 Fifth Ave, Pittsburgh, PA 15222 |
| 23071457 | + | Email/Text: emccain@pbfcm.com | Mar 11 2026 22:12:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23071460 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 11 2026 22:12:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 23071462 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 11 2026 22:10:44 | Sofi Lending Corp., 2750 E Cottonwood Parkway, Suite 300, Cottonwood Heights, UT 84121-7285 |
| 23071463 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 11 2026 22:10:37 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, PO Box 1022, Chesterfield, MO 63006-1022 |
| 23071466 | + | EDI: SYNC | Mar 12 2026 02:06:00 | Synchrony Bank - Paypal, PO Box 965060, Orlando, FL 32896-5060 |
| 23071464 | | Email/Text: pacer@cpa.state.tx.us | Mar 11 2026 22:12:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23071467 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Mar 11 2026 22:12:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23071468 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Mar 11 2026 22:12:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |

| District/off: 0539-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: 318 | Total Noticed: 52 |

| 23071469 | + Email/Text: bcd@oag.texas.gov | | |
|---|---|---|---|
| | | Mar 11 2026 22:12:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23071470 | + Email/Text: collections.pacer@twc.texas.gov | | |
| | | Mar 11 2026 22:12:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23071471 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Mar 11 2026 22:12:00 | Truistbank, PO Box 849, Wilson, NC 27894-0849 |
| 23071473 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Mar 11 2026 22:12:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23071476 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Mar 11 2026 22:12:00 | Upstar / Customer Bank, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23071447 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23071475 | *+ | Unity 1 Federal Credit Union, 6701 Burlington Blvd, Fort Worth, TX 76131-2834 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2026             Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Giacinto | on behalf of Creditor New American Funding  LLC Chris.Giacinto@padgettlawgroup.com, bkecf@padgettlawgroup.com;chris.giacinto@ecf.courtdrive.com |
| Clayton Everett | on behalf of Debtor Luiz Herivelto Fernandes clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4